

Richard J.L. Lomuscio
**PARTNER**
DIRECT: 646.883.7675
OFFICE: 646.883.7471

richard.lomuscio@stinson.com

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: ____12/11/2025 |

December 11, 2025

**VIA ECF**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

> **APPLICATION GRANTED:** The Initial Conference set for 2/4/2026 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, March 9, 2026 at 11:00 a.m.** Defendant's deadline to respond to the complaint is extended to **03/06/2026**
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> **12/11/2025**

Re: **_Braden Lindstrom v. Jayud Global Logistics Limited, et al.,_**
**_Case No. 25-cv-09662-(KHP)_**

Dear Magistrate Judge Parker:

Undersigned counsel separately represents Plaintiff Braden Lindstrom ("Plaintiff") and Defendants Jayud Global Logistics Limited ("Jayud"), Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, Mengmeng Hu, and Marcum Asia CPAs, LLP (together with Jayud, the "Requesting Defendants" and collectively, the "Requesting Parties") in the above-referenced action. We write jointly, pursuant to Rules I.b. and I.c. of Your Honor's Individual Practices in Civil Cases to respectfully request an extension of time for Requesting Defendants to respond to the Complaint (Dkt. No. 1) and to defer the initial pretrial conference set for February 4, 2026, at 2:00 p.m., as well as the associated Rules 26(f) and 16(b) deadlines, as set forth in the Court's Initial Case Management Order dated November 24, 2025 (Dkt. No. 6).

On November 19, 2025, Plaintiff commenced this action by filing a complaint on behalf of a putative class of investors in Jayud securities against the Requesting Defendants and Friedman, LLP, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. (*See* Dkt. No. 1.) Accordingly, this action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA") (15 U.S.C. §§ 77z-1 et seq., 78u-4 et seq.), which provides, inter alia: (i) that plaintiffs bringing class action claims under the Securities Act or Exchange Act must publish a notice to putative class members within 20 days of the class action's filing, advising putative class members of the pendency of the action and that they may move the Court to serve as lead plaintiff in the action within 60 days after the notice's publication; and (ii) a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class.

On November 20, 2025, Plaintiff's counsel published notice to class members advising of the January 20, 2026 deadline to move to be appointed as lead plaintiff. After the entry of an order by the Court pursuant to the PSLRA appointing lead plaintiff(s) and lead counsel to oversee the

Magistrate Judge Katharine H. Parker
December 11, 2025
Page 2

action, the Requesting Parties expect the Court-appointed lead plaintiff(s) will file an amended and/or consolidated complaint that will supersede the initial Complaint, as is customary in cases governed by the PSLRA.

The Requesting Defendants have until December 12, 2025 to file an answer or otherwise respond to the complaint. (*See* Dkt. No. 7.) Requesting Defendants currently intend to file a motion to dismiss in response to the Court-appointed lead plaintiff(s)' amended and/or consolidated complaint, or the initial Complaint if designated as the operative complaint. The PSLRA provides for an automatic stay of discovery in this Action during the pendency of any motion to dismiss. See 15 U.S.C. §§ 77z1(b)(1), 78u-4(b)(3)(B).

In the interest of judicial economy, as a result of the special procedures specified by the PSLRA, including the appointment of lead plaintiff(s) and lead counsel to oversee the action and the statutory stay of discovery, the Requesting Parties agree to and respectfully request that the Court defer Requesting Defendants' obligation to respond to the complaint, as well as adjourn the initial conference with the Court and any associated deadlines as specified in the Court's Initial Case Management Order (*see* Dkt. No. 6), until after the Court's appointment of lead plaintiff(s) and lead counsel.

Subject to the Court's approval, the Requesting Parties have agreed that within fourteen (14) days of the Court's entry of an order appointing lead plaintiff(s) and lead counsel, counsel for the Court-appointed lead plaintiff(s) and Requesting Defendants shall meet and confer and jointly submit for the Court's approval a proposed schedule for the filing of an amended and/or consolidated complaint or designating the initial complaint as the operative complaint, Requesting Defendants' response to the same, and all briefing or other submissions associated with any motion(s) to dismiss.

Magistrate Judge Katharine H. Parker
December 11, 2025
Page 3

      This is the Requesting Parties' first request for an extension. We thank the Court for its consideration of this matter.


                                             Respectfully submitted,


| **SCOTT&SCOTT ATTORNEYS AT LAW LLP** | **STINSON LLP** |
|---|---|
| */s/ Sean Masson* | */s/ Richard J.L. Lomuscio* |
| Sean Masson | Richard J.L. Lomuscio |
| 230 Park Avenue, 24th Floor | 140 Broadway, Suite 2330 |
| New York, NY 10169 | New York, New York 10005 |
| Tel: (212) 519-0522 | Tel: (646) 883-7675 |
| smasson@scott-scott.com | richard.lomuscio@stinson.com |
| | |
| *Counsel for Plaintiff Braden Lindstrom* | *Attorneys for Defendants Jayud Global Logistics Limited, Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, and Mengmeng Hu* |

**HODGSON RUSS LLP**

*/s/ Jodyann Galvin*

Jodyann Galvin
140 Pearl Street, Suite 100
Buffalo NY 14202-4040
Tel: (716) 848-1520
jgalvin@hodgsonruss.com

*Counsel for Defendant Marcum Asia CPAs, LLP*



cc:  All counsel (via ECF)