# STINSON

Richard J.L. Lomuscio
**PARTNER**

DIRECT: 646.883.7675
OFFICE: 646.883.7471

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/11/2026
```

Application granted as follows.  No response is required before the motion to appoint lead plaintiff is decided.  Within seven (7) days following the decision on the motion, the parties shall meet and confer regarding any contemplated amendments as well as the timeline to respond and shall file a joint letter to the docket.  The Court will then proceed in an appropriate course and reset the deadline to respond.

SO ORDERED:

*Katharine H. Parker*

2/11/2026

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

Re:   ***Braden Lindstrom v. Jayud Global Logistics Limited, et al.,***
      ***Case No. 25-cv-09662-(KHP)***

Dear Magistrate Judge Parker:

Undersigned counsel separately represents Defendants Jayud Global Logistics Limited, Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, Mengmeng Hu, and Marcum Asia CPAs, LLP (the "Requesting Defendants") in the above-referenced action.  We write jointly to respectfully request clarification regarding Requesting Defendants' deadline to respond to the Complaint.  (Dkt 1.)

As the Court is aware, six parties filed competing motions for appointment as lead plaintiff and lead counsel on January 20, 2026.  (Dkts. 18-37.)  On January 21, 2026, the Court entered an order adjourning the initial pretrial conference to April 20, 2026.  (Dkt. No. 39.)  The Court previously extended Requesting Defendants' deadline to answer or otherwise respond to the Complaint to March 6, 2026.  (Dkt. 13.)

In affording the Court-appointed lead plaintiff(s) the opportunity to amend, it is likely that they will file an amended and/or consolidated complaint that supersedes the initial Complaint.  The Requesting Defendants therefore respectfully request that the deadline to respond be extended until after the Court's appointment of lead plaintiff(s) and lead counsel and the filing or designation of the operative complaint.  Requiring Requesting Defendants to respond to the current Complaint before resolution of the competing motions would be potentially duplicative, as Requesting Defendants intend to file a motion to dismiss the operative complaint.

Accordingly, the Requesting Defendants respectfully request their time to respond to the Complaint be extended to forty-five (45) days after the later of: (i) the Court's appointment of lead plaintiff(s) and lead counsel; or (ii) the designation or filing of the operative complaint by lead counsel.

Magistrate Judge Katharine H. Parker
February 10, 2026
Page 2

This is the Requesting Defendants' second request for an extension.  Counsel for Requesting Defendants contacted all counsel with pending motions for appointment as lead plaintiff and lead counsel regarding this request, and none have raised any objection.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**STINSON LLP**

*/s/ Richard J.L. Lomuscio*

Richard J.L. Lomuscio
140 Broadway, Suite 2330
New York, New York 10005
Tel: (646) 883-7675
richard.lomuscio@stinson.com

*Attorneys for Defendants Jayud Global Logistics Limited, Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, and Mengmeng Hu*

**HODGSON RUSS LLP**

*/s/ Jodyann Galvin*

Jodyann Galvin
140 Pearl Street, Suite 100
Buffalo NY 14202-4040
Tel: (716) 848-1520
jgalvin@hodgsonruss.com

*Attorneys for Defendant Marcum Asia CPAs, LLP*

cc:  All counsel (via ECF)