

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____           │
│ DATE FILED: __04/14/2026__      │
└─────────────────────────────────┘
```

**Jodyann Galvin**
Partner
Direct Dial: 716.848.1520
Direct Facsimile: 716.819.4671
*JGalvin@hodgsonruss.com*

April 13, 2026

<u>**Via CM/ECF**</u>

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007

> **APPLICATION GRANTED:** The Initial Case
> Management Conference schedule for <u>04/20/2026</u> is hereby
> adjourned sine die.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> **04/14/2026**

    Re:    ***Braden Lindstrom v. Jayud Global Logistics Limited, et al.***
           Case No. 25-cv-09662-KHP

Dear Judge Parker:

    Undersigned counsel separately represents Defendants Jayud Global Logistics
Limited, Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, Mengmeng Hu, and Marcum Asia
CPAs, LLP (the "Requesting Defendants").

    <u>We write jointly, pursuant to Rules I.b. and I.c. of Your Honor's Individual
Practices in Civil Cases, to respectfully request an adjournment to the forthcoming Initial Case
Management Conference scheduled for April 20, 2026 at 12:00 P.M. and the associated Rules
26(f) and 16(b) deadlines as set forth in the Court's Initial Case Management Order dated
November 24, 2025 (Dkt. No. 6).</u>

    In their first request for an extension of time for Requesting Defendants to
respond to the Complaint, the parties requested that the Court also defer the initial pretrial
conference and the associated Rules 26(f) and 16(b) deadlines. Dkt. No. 12. The Court granted
this motion, rescheduling the Initial Conference to March 9, 2026. Dkt. No. 13. The Court later
adjourned the initial pretrial conference to April 20, 2026. Dkt. No. 39.

    After granting this letter motion, six parties filed competing motions for
appointment as lead plaintiff and lead counsel on January 20, 2026. Dkt. Nos. 18-37. On
February 11, 2026, the Court entered an order granting the Requesting Defendants' second
request for an extension of time to respond to the Complaint, ordering that no response from the
Requesting Defendants is required before the motion to appoint the lead plaintiff is decided, and
ordering the parties to meet and confer within seven days following the decision on the motion,
and file a joint letter after such meet and confer, after which point the Court would proceed in an
appropriate course and reset the deadline to respond. Dkt. No. 48.



Magistrate Judge Katharine H. Parker
April 13, 2026
Page 2

        Just as Requesting Defendants indicated in their second request for an extension of time to respond to the Complaint (Dkt. No. 47), it would be potentially duplicative for the Requesting Defendants to meet and confer in accordance with Rule 26(f), and provide initial disclosures in accordance with Rule 16—both of which must be completed in advance of the Initial Case Management Conference—before a lead plaintiff and lead counsel is appointed.

        Accordingly, Requesting Defendants respectfully request that Court indefinitely postpone the Initial Case Management Conference currently scheduled for April 20, 2026 at 12:00 P.M., and any associated deadlines in the Initial Case Management Order, until after the parties meet and confer in accordance with the Court's February 11, 2026 Order. The Requesting Defendants propose that the parties address any deadlines in the Initial Case Management Order and their relation to any deadlines to respond to any contemplated amendments in the joint letter to be filed as directed in the Court's February 11, 2026 Order. The Requesting Defendants further propose that the Court then reschedule the Initial Case Management Conference upon receiving the joint letter and resetting the deadline to respond.

        This is Requesting Defendants' second request for an adjournment to the Initial Case Management Conference. Counsel for Requesting Defendants contacted all counsel with pending motions for appointment as lead plaintiff and lead counsel regarding this request, and none have raised any objection.

        We thank the Court for its consideration of this matter.

        Respectfully submitted,

        **HODGSON RUSS LLP**
        *Attorneys for Defendant Marcum Asia CPAs LLP*


        By:   /s/Jodyann Galvin
            Jodyann Galvin
            Cynthia Giganti Ludwig
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202
        Telephone:  716.856.4000
        JGalvin@hodgsonruss.com
        CLudwig@hodgsonruss.com

        Claire E. Wells
        1800 Bausch and Lomb Place
        Rochester, New York 14604
        Telephone:  585.454.0700
        CWells@hodgsonruss.com

Magistrate Judge Katharine H. Parker
April 13, 2026
Page 3



**STINSON LLP**
*Attorneys for Defendants Jayud Global Logistics*
*Limited, Xiaogang Geng, Alan Tan Khim Guan,*
*Lin Bao, and Mengmeng Hu*


By:   /s/Richard J.L. Lomuscio
       Richard J.L. Lomuscio
       Nicole Khalouian
140 Broadway, Suite 2330
New York, New York 10005
Telephone:  646.883.7471
richard.lomuscio@stinson.com
nicole.khalouian@stinson.com

cc: All Counsel of Record (*via* CM/ECF)