**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

BRADEN LINDSTROM,

                                     Plaintiff,

            -against-

JAYUD GLOBAL LOGISTICS LIMITED, et al.,

                                 Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:**_ 4/15/2026 _

**25-CV-9662 (VSB) (KHP)**

**ORDER GRANTING NOTICE OF**
**MOTION AND MOTION TO**
**WITHDRAW AS COUNSEL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    Upon consideration of the Notice of Motion and Motion to Withdraw as Counsel, and

for good cause shown, it is HEREBY ORDERED that Kim E. Miller of Kahn Swick & Foti, LLC is

hereby withdrawn as counsel of record. The clerk is directed to remove the above-named

attorney and law firm from the docket as well as the ECF Service List.

    **The Clerk of the Court is respectfully directed to terminate the motion at ECF 59.**

    **SO ORDERED.**

DATED:     New York, New York
           April 15, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge