USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BRADEN LINDSTROM,

               Plaintiff,

     -against-

JAYUD GLOBAL LOGISTICS LIMITED, et al.,

              Defendants.
------------------------------------------------------------------X

**25-CV-9662 (VSB) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the Parties' extension request dated May 4, 2026.  The Parties' request for extensions to the pleading and briefing schedule is GRANTED WITH MODIFICATIONS.  Plaintiffs shall file the amended complaint by **June 5, 2026**; Defendants shall move, answer or otherwise respond by **August 20, 2026**; Plaintiffs shall file any Reply or Opposition by **September 21, 2026**; and Defendants shall file any Reply by **October 6, 2026**. All requests for scheduling should be directed to the undersigned, because the undersigned has been referred for all General Pretrial matters, including scheduling, discovery, non-dispositive pretrial motions, and settlement.

     **Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.**

     **SO ORDERED.**

DATED:     New York, New York
            May 5, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge