**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JAYUD GLOBAL LOGISTICS LIMITED SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No.: 1:25-cv-09662-VSB-KSP<br><br>**CLASS ACTION**<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that Defendants Jayud Global Logistics Limited, Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, Mengmeng Hu, Dun Zhao, Feiyong Li, Steven Gu, Jian Wang, and Jianhong Huang, Cogency Global Inc., and Colleen DeVries ("Defendants"), by and through their undersigned attorneys, hereby moves this Court, before the Honorable Vernon S. Broderick, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and at a time to be determined by the Court, for an Order, dismissing the Amended Complaint pursuant to the Federal Rules of Civil Procedure 12(b)(6), 8, 9(b), and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(b)(2), and granting any such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the accompanying Memorandum of Law, dated August 20, 2026 and Plaintiffs' Amended Complaint (ECF No. 70) in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in connection with this Defendants' Motion to Dismiss.

Dated: August 20, 2026

Respectfully submitted,

/s/ *Richard J.L. Lomuscio*
Richard J.L. Lomuscio
Nicole Khalouian
**STINSON LLP**
140 Broadway, Suite 2330
New York, NY 10005
(646) 883-7471
richard.lomuscio@stinson.com
nicole.khalouian@stinson.com

*Attorneys for Defendant Jayud Global Logistics Ltd., Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, Mengmeng Hu, Dun Zhao, Feiyong Li, Steven Gu, Jian Wang, and Jianhong Huang*

*/s/ Joanna A. Diakos*
Joanna A. Diakos
Zach Jones
**K&L GATES LLP**
599 Lexington Avenue
New York, NY 10022
(212) 536-4807
joanna.diakoskordalis@klgates.com
zach.jones@klgates.com

*Attorneys for Defendants Cogency Global Inc. and Colleen DeVries*