**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JAYUD GLOBAL LOGISTICS LIMITED SECURITIES LITIGATION | Case No.: 1:25-cv-09662-VSB-KSP<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that Joanna A. Diakos of K&L Gates LLP, hereby enters her appearance in this action as counsel for Defendants Cogency Global Inc. and Colleen A. DeVries, and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: August 20, 2026

**K&L GATES LLP**

*/s/ Joanna A. Diakos*

Joanna A. Diakos
Joanna.diakoskordalis@klgates.com
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-3900

*Counsel for Defendants Cogency Global Inc. and Colleen A. DeVries*