STINSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

Richard J.L. Lomuscio
**PARTNER**
DIRECT: 646.883.7675
OFFICE: 646.883.7471
richard.lomuscio@stinson.com

**APPLICATION GRANTED: The Initial Conference set for 12/14/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, April 19. 2027, at 10:00 a.m.**

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

**11/19/2026**

November 18, 2026

**VIA ECF**
Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

**Re:** ***Braden Lindstrom v. Jayud Global Logistics Limited, et al.,***
***Case No. 25-cv-09662-(KHP)***

Dear Magistrate Judge Parker:

Undersigned counsel separately represents Lead Plaintiff Karim Salem ("Plaintiff") and appearing Defendants Jayud Global Logistics Ltd., Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, Mengmeng Hu, Dun Zhao, Jianhong Huang, Feiyong Li, Steven Gu, Jian Wang, Friedman, LLP, Marcum Asia CPAs, LLP, The Benchmark Company, LLC, Cogency Global Inc., and Colleen DeVries (collectively, "Defendants," and together with Plaintiff, the "Parties"), in the above-captioned action. The Parties write jointly pursuant to Rules I.b. and I.c. of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the Initial Case Management Conference set for December 14, 2026, at 10:00 a.m., as well as the associated Rules 26(f) and 16(b) deadlines, as set forth in the Court's Initial Case Management Conference Order dated September 17, 2026. (Dkt. 115.)

On June 9, 2026, Plaintiff filed an amended complaint on behalf of a putative class of investors in Jayud securities, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, as well as Sections 11 and 15 of the Securities Act of 1933. (Dkt. 70.) Accordingly, this action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which provides for an automatic stay of discovery and other proceedings during the pendency of any motion to dismiss. *See* 15 U.S.C. §§ 77z-1(b)(1), 78u-4(b)(3)(B).

On August 20, 2026, Defendants moved to dismiss the amended complaint. (Dkts. 94-96, 98-100, 102-104.) That briefing was fully submitted as of October 6, 2026. (Dkts. 120-124.) The Parties therefore respectfully request that the Court adjourn the Initial Case Management Conference and any associated deadlines, until after the Court issues its decision on the motions to dismiss.

This is the first request for an adjournment of the Initial Case Management Conference since briefing was completed on the motions to dismiss. This adjournment request is jointly submitted and has the consent of all parties who have appeared in this action.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**STINSON LLP**

*/s/ Richard J.L. Lomuscio*
Richard J.L. Lomuscio
Nicole Khalouian
140 Broadway, Suite 2330
New York, New York 10005
(646) 883-7675
richard.lomuscio@stinson.com
nicole.khalouian@stinson.com
*Attorneys for Defendants Jayud Global Logistics Limited, Xiaogang Geng, Alan Tan Khim Guan, Lin Bao, Mengmeng Hu, Dun Zhao, Feiyong Li, Steven Gu, Jian Wang, and Jianhong Huang*

**JONES DAY**

*/s/ Paul Francis Rugani*
Paul Francis Rugani
250 Vesey Street, 34th Floor
New York, New York 10281
(212) 326-3939
prugani@jonesday.com

Adrienne Ferraro Mueller (*admitted pro hac vice*)
901 Lakeside Ave.
Cleveland, OH 44114
(216) 586-3939
afmueller@jonesday.com
*Attorneys for Defendant Friedman, LLP*

**HODGSON RUSS LLP**

*/s/ Jodyann Galvin*
Jodyann Galvin
140 Pearl Street, Suite 100
Buffalo NY 14202-4040
(716) 848-1520
jgalvin@hodgsonruss.com
*Attorneys for Defendant Marcum Asia CPAs, LLP*

**ELLENOFF GROSSMAN & SCHOLE LLP**

*/s/ Howard J. Kaplan*
Howard J. Kaplan
Mary Diaz
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
(212) 370-1300
HKaplan@egsllp.com
MDiaz@egsllp.com
*Attorneys for Defendant The Benchmark Company, LLC*

**K&L GATES LLP**

*/s/ Joanna A. Diakos*
Joanna A. Diakos
Zach Jones
599 Lexington Avenue
New York, NY 10022
(212) 536-4807
joanna.diakoskordalis@klgates.com
zach.jones@klgates.com
*Attorneys for Defendants Cogency Global Inc. and Colleen DeVries*

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alex Hood II
Samantha Daniels
600 Third Avenue, 20th Fl.
New York, NY 10016
(212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com
sdaniels@pomlaw.com
*Attorneys for Lead Plaintiff Karim Salem and the proposed class*

cc: All Counsel (via ECF)